AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1935 16th Street, S.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 08-46M

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Daniel C. Sparks__ who has reason to believe that
(name, description and or location)

1935 16th Street, S.E., Washington, D.C., is a two story brown and red brick building which is attached to 1537 Good Hope Road, S.E. The numerals 1935 are black in color and located above a heavily fortified black barred door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)



I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 1, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

1/24/08 @ 5:58 pm                 at Washington, D.C.
Date and Time Issued
**Deborah A. Robinson**
**U.S. Magistrate Judge**

Name and Title of Judicial Officer          Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/24/08 | DATE AND TIME WARRANT EXECUTED<br>1/24/08  7:45 p.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Plainview inside 15376 Boulder Ridge Rd. |
| INVENTORY MADE IN THE PRESENCE OF   SA Catherine Hanna | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing Seized.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

**FILED**
FEB 0 7 2008
Clerk, U.S. District and Bankruptcy Courts

Subscribed, sworn to, and returned before me this date.

_____     02-07-2008
U S Judge or U S Magistrate Judge                 Date